1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  RANDY LUSKEY (CABN 240915)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:     (415) 436-7200
7      Facsimile:     (415) 436-7234
       randall.luskey@usdoj.gov
8
   Attorneys for the United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 12-00693 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [P~~ROPOSE~~D] ORDER EXCLUDING TIME UNDER THE SPEEDY |
| v. | ) TRIAL ACT FROM OCTOBER 30, 2012 TO NOVEMBER 20, 2012 |
| GEBRAEL ADMASU, | ) |
| Defendant. | ) |

On October 30, 2012, the parties in this case appeared before the Honorable Richard Seeborg for a status conference.  At that time, the parties indicated that the defendant had recently request additional discovery and that government counsel would be providing documents responsive to that discovery request in the coming weeks.  Defense counsel that she would need some additional time to review and evaluate the new discovery and to conduct investigation.   The parties jointly request an extension of time until November 20, 2012 and stipulated that time should be excluded from October 30, 2012 to November 20, 2012 for effective preparation of defense counsel and continuity of counsel.  The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of

STIP. & [~~PROP~~.] ORDER EXCL. TIME
CR 12-00693 RS                              1

defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: November 16, 2012      /s/
    RANDY LUSKEY
    Assistant United States Attorney

DATED: November 16, 2012      /s/
    JODI LINKER
    Attorney for Gebrael Admasu

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from October 30, 2012 to November 20, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 11/16/12                           
    THE HON. RICHARD SEEBORG
    United States District Court Judge

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00693 RS                             2