MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> GEBRAEL ADMASU, <br>     Defendant. | CR 12-00693 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 15, 2013 THROUGH FEBRUARY 26, 2013 AND FROM MARCH 26, 2013 THROUGH MAY 21, 2013. |

    On January 15, 2013, the parties in this case appeared before the Honorable Richard Seeborg for a status conference. At that time, defense counsel stated that she would need some additional time to review conduct additional investigation in order to determine whether to file a motion to suppress. The parties jointly requested an extension of time until February 26, 2013 and stipulated that time should be excluded from January 15, 2013 to February 26, 2013 for effective preparation of defense counsel and continuity of counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIP. & [~~PROP.~~] ORDER EXCL. TIME
CR 12-00693 RS                                      1

1     The parties also agreed that the ends of justice served by granting such a continuance
2 outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §
3 3161(h)(7)(A).
4     On March 26, 2013, the parties again appeared before the Court for a status conference.
5 At that time, the parties represented that the defendant had obtained new counsel and that the
6 defense was conducting further investigation into the defendant's prior conviction records in
7 order to inform the parties' ongoing plea negotiations. The parties also represented that defense
8 counsel would be away from the office for a large portion of April. The parties jointly requested
9 an extension of time until May 21, 2014 for entry of plea and stipulated that time should be
10 excluded from March 26, 2013 to May 21, 2013 for effective preparation of defense counsel and
11 continuity of counsel. The parties represented that granting the continuance was for the
12 reasonable time necessary for effective preparation of defense counsel, taking into account the
13 exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
14     The parties also agreed that the ends of justice served by granting such a continuance
15 outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §
16 3161(h)(7)(A).

IT IS SO STIPULATED:
                                          MELINDA HAAG
                                          United States Attorney

DATED: March 26, 2013                     _____/s/_____
                                          RANDY LUSKEY
                                          Assistant United States Attorney


DATED: March 26, 2013                     _____/s/_____
                                          ROGER PATTON
                                          Attorney for Gebrael Admasu




    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from January

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00693 RS                              2

1  15, 2013 to February 26, 2013 and from March 26, 2013 to May 21, 2013, under 18 U.S.C. §
2  3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).
3
4
5  IT IS SO ORDERED.
6
7  DATED:_3/27/13 _____                   _____
8                                          THE HON. RICHARD SEEBORG
                                           United States District Court Judge

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00693 RS                              3